No. 83–767. EL PASO TIMES, INC., ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari denied. JUSTICE BRENNAN would grant certiorari.

No. 83–789. ADAMS ET AL. *v.* PROCTOR & GAMBLE MANUFACTURING CO. C. A. 4th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.